Certificate Number: 05781-TXN-DE-041677109

Bankruptcy Case Number: 26-35025

05781-TXN-DE-041677109

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 14, 2026, at 11:36 o'clock AM PST, Yasir Baraka completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Texas.

Date: November 14, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President